## Henry P. MERCIER, Claimant–Appellant,

v.

## Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

### No. 2013–7042.

United States Court of Appeals, Federal Circuit.

Aug. 14, 2013.

Amanda R. Phillips, Ropes & Gray LLP, of Boston, MA, argued for claimant-appellant.

William J. Grimaldi, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. On the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, Scott D. Austin, Assistant Director, and Michael P. Goodman, Trial Attorney. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and Martie Adelman, Attorney, United States Department of Veterans Affairs, of Washington, DC. Of counsel was David J. Barrans, Deputy Assistant General Counsel, United States Department of Veterans Affairs, of Washington, DC.

LOURIE, MAYER, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.